944

General McInerney and Beatrice Rosenberg for the United States.

No. 518.  GOOGINS v. E. W. HABLE & SONS.  Court of Civil Appeals of Texas, Tenth Supreme Judicial District. Certiorari denied.  *Cecil C. Rotsch* for petitioner.  *J. Chrys Dougherty, Joe R. Greenhill* and *Ireland Graves* for respondent.

No. 519.  RAAB v. STATE MEDICAL BOARD.  Supreme Court of Ohio.  Certiorari denied.  *M. L. Bernsteen* for petitioner.  *C. William O'Neill,* Attorney General of Ohio, *Robert E. Leach,* Chief Counsel, and *Hugh A. Sherer,* Assistant Attorney General, for respondent.

No. 521.  KEPHART v. KEPHART.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *John F. Lillard, John F. Lillard, Jr.* and *N. Meyer Baker* for petitioner.

No. 523.  ILLINOIS EX REL. LOUGHRY v. BOARD OF EDUCATION OF CHICAGO.  Supreme Court of Illinois.  Certiorari denied.  Petitioner *pro se.*  *Frank R. Schneberger* and *Frank S. Righeimer* for respondent.

No. 531.  BUFFUM v. CHASE NATIONAL BANK.  C. A. 7th Cir.  Certiorari denied.  *Walter F. Dodd* and *Harry G. Fins* for petitioner.  *Kenneth F. Burgess* and *Walter J. Cummings, Jr.* for respondent.

No. 534.  UNITED STATES TRUST CO. OF NEW YORK, TRUSTEE, ET AL. v. ZELLE, TRUSTEE, ET AL.  C. A. 8th Cir. Certiorari denied.  *George W. Morgan* and *M'Cready*